IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **CHAPTER 11** |
| **RAYMOND LANCE BELL AND** | ) | |
| **DONNA MARIE BELL** | ) | |
| | ) | **CASE NO.  11-70942-WLH** |
|     **Debtors.** | ) | |

**MOTION TO ESTABLISH BAR DATE FOR FILING PROOFS OF CLAIM**

COMES NOW, Raymond Lance Bell and Donna Marie Bell ("Debtors"), debtors and debtors in possession in the above-captioned case, by and through the undersigned counsel, and hereby file this "Motion to Establish Bar Date for Filing Proofs of Claim" (the "Motion").  In support of the Motion, Debtors show the Court as follows:

**Jurisdiction**

1.      This Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

2.      On July 20, 2011 ("Petition Date"), Debtors filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (as amended, modified, or supplemented the "Bankruptcy Code").  In accordance with Sections 1107(a) and 1108 of the Bankruptcy Code, Debtors continue to manage their financial and business affairs as debtors in possession.

3.      Debtors are in the process of developing and proposing a plan of reorganization.

4.      Debtors §341 meeting of creditors is scheduled for August 31, 2011.

## Relief Requested

5.      Debtors request that the Court enter an order establishing October 7, 2011 (the "Bar Date"), as the deadline for all creditors and parties-in-interest asserting a claim against Debtors arising before the Petition Date to file a proof of claim.

6.      Section 105 of the Bankruptcy Code codifies the inherent equitable powers of the Bankruptcy Court.  *See Croton River Club v. Half Moon Bay Homeowners' Assoc., Inc., (In re Croton River Club)*, 52 F.3d 41, 45 (2nd Cir. 1995).

7.      Rule 3003(c)(3) of the Federal Rules of Bankruptcy Procedure provides, in pertinent part, that the "court shall fix and for cause shown may extend the time within which proofs of claim or interest may be filed."

8.      Establishing a proof of claim bar date would assist Debtors with developing and implementing a plan of reorganization and would aid in administering the estate.  Creditors will have sixty (60) days from the date hereof to timely file their claims.

WHEREFORE, Debtors request that this Court enter an order establishing October 7, 2011 as the deadline for filing proofs of claim or interests in this case and granting such other and further relief as is deemed just and proper.

Respectfully submitted this 8th day of August, 2011.

**JONES & WALDEN, LLC**

/s/*Cameron M. McCord*
Cameron M. McCord
Georgia Bar No. 143065
cmccord@joneswalden.com
21 Eighth Street
Atlanta, Georgia 30309
(404) 564-9300 Telephone
(404) 564-9301 Facsimile

2

## CERTIFICATE OF SERVICE

I hereby certify that I have caused to be served a copy of the foregoing motion on all parties referenced below by depositing a copy of the same in the United States Mail, postage prepaid:

> Office of the United States Trustee
> 362 Richard B. Russell Federal Building
> 75 Spring Street, S.W.
> Atlanta, Georgia 30303

This 8th day of August, 2011.

**JONES & WALDEN, LLC**

/s/*Cameron M. McCord*
Cameron M. McCord
Georgia Bar No. 143065
cmccord@joneswalden.com
21 Eighth Street
Atlanta, Georgia 30309
(404) 564-9300 Telephone
(404) 564-9301 Facsimile