**IT IS ORDERED as set forth below:**

Date: August 12, 2011

_____
Wendy L. Hagenau
U.S. Bankruptcy Court Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| RAYMOND LANCE BELL AND ) | |
| DONNA MARIE BELL ) | |
| ) | CASE NO. 11-70942-WLH |
| Debtorss. ) | |

**ORDER AND NOTICE ESTABLISHING OCTOBER 17, 2011**
**AS THE DEADLINE FOR FILING PROOFS OF CLAIM AND INTERESTS**

On August 8, 2011, Debtors filed their "Motion to Establish Bar Date for Filing Proofs of Claims" (the "Motion"). In the Motion, Debtors requested entry of an order establishing October 7, 2011, as the deadline for creditors and parties-in-interest asserting claims or interests arising prior to the Petition Date to file proofs of claim. After reviewing the Motion and based upon the representations contained therein, the Court concludes that sufficient cause exists to grant the Motion. Accordingly, it is hereby:

1

**ORDERED AND NOTICE is hereby given that each creditor and party-in-interest who seeks to assert a claim**[1] against Debtors, Debtors' property or the estate including, but not limited to, any claim secured by a lien, security interest, or encumbrance against Debtors' property and any claim arising from the rejection of an executory contract or unexpired lease which is required under the Bankruptcy Code to be filed in this case, **shall file a proof of claim or interest with**:

Clerk, U.S. Bankruptcy Court
1340 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303-3367

**on or before October 17, 2011** (the "Bar Date"). Proofs of claim filed electronically may be filed up to 11:59:59 p.m. All other proofs of claim must be filed by delivery to the Clerk's Office at or before 4:00 p.m.

Bankruptcy Code §1111, provides that a proof of claim is deemed filed for any claim which appears in the Schedules except any claim which is scheduled as disputed, contingent or unliquidated as to amount. The Schedules may be examined at the Office of the Clerk, U.S. Bankruptcy Court between 8:00 a.m. and 4:00 p.m. or online at **http://ecf.ganb.uscourts.gov** (registered users) or at **http://pacer.psc.uscourts.gov** (unregistered users). Any creditor or any party-in-interest whose claim is set forth in the Schedules in the correct amount and is not shown as disputed, contingent, or unliquidated as to amount, may, but need not, file a proof of claim in this case. Unless barred by previous order of the Bankruptcy Court, **creditors and parties-in-interest whose claims are not scheduled, are scheduled in an incorrect amount or are scheduled as disputed, contingent or liquidated** and who desire to participate in the case and share in any distribution **must file proofs of claim or interest on or before the Bar Date**. If the

---

[1] "Claim" is defined in 11 U.S.C. §101(5).

2

Schedules are unclear as to whether your claim is disputed, contingent, unliquidated or incorrect as to amount or is otherwise improperly scheduled, you must file a proof of claim on or before the Bar Date.  Any creditor and any party-in-interest who desires to rely upon the Schedules as the duty to determine whether the claim is accurately listed.

**Pursuant to the terms of this order, any creditor and any party-in-interest required to file a proof of claim who fails to do so by the above deadline shall be forever barred, estopped, and enjoined from asserting the claim against Debtors and this estate and shall be barred from participating in such plan of reorganization as may be confirmed in this Chapter 11 proceeding**.

Any claim which arises from the rejection of an executory contract or unexpired lease after the date of this Order, but prior to the entry of an Order by this court confirming a plan of reorganization for Debtors, must be filed within thirty (30) days from the date of entry of the Order rejecting the contract or lease; however, in no event shall the deadline set forth in this paragraph be earlier than the Bar Date.

Debtors' counsel shall serve this Order upon **all** creditors and parties in interest and those persons who have filed a request for notice in this case within three (3) days of entry hereof and file a certification within 3 days of such service this Order and Notice.

**[End of Order]**

Prepared by:
JONES & WALDEN, LLC

*/s/ Cameron M. McCord*
Cameron M. McCord
Georgia Bar No.143065
cmccord@joneswalden.com
Proposed Attorneys for Debtors
21 Eighth Street
Atlanta, Georgia 30309
(404) 564-9300 Telephone

(404) 564-9301 Facsimile

<u>Distribution List</u>:

Cameron M. McCord, Jones & Walden, LLC, 21 Eighth Street, Atlanta, GA 30309

Office of the United States Trustee, 362 Richard B. Russell Federal Building, 75 Spring Street, S.W., Atlanta, Georgia 30303